**No. 10-9112. Curtis Waheed Rasool, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1800, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2429.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9113. Dominic Antonucci, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1800, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2543, 

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9120. William Pierce, Petitioner v. Paul K. Smeal, et al.**

563 U.S. 911, 131 S. Ct. 1800, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2545.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9131. Glenn Winningham, Petitioner v. Douglas Shulman, et al.**

563 U.S. 911, 131 S. Ct. 1800, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2586.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 377 Fed. Appx. 23.

**No. 10-9135. Rocky Morris White, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1800, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2523.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 380 Fed. Appx. 483.

**No. 10-9137. James Tillman and Jamerson Tillman, Petitioners v. United States.**

563 U.S. 911, 131 S. Ct. 1801, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2464.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 562.

**No. 10-9140. Marcus Cobb, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1801, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2502.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 397 Fed. Appx. 128.